1  BENJAMIN B. WAGNER
   United States Attorney
2  R. STEVEN LAPHAM
   KEVIN C. KHASIGIAN
3  Assistant U.S. Attorney
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916)554-2700
5
   Attorneys for the United States
6

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:08-CR-00114-LKK |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE REGARDING PETITION FOR ADJUDICATION OF THE VALIDITY OF INTEREST IN PROPERTY BY RICHARD A. GRAY, JR., GRAY INVESTMENT PARTNERS, AND CUMBERLAND HILL CAPITAL, LP. |
| v. | |
| STEFAN A. WILSON, | |
| Defendant. | |
| | Old Date: March 13, 2012, at 9:15 a.m. |
| | New Date: April 3, 2012 at 9:15 a.m. |

IT IS HEREBY STIPULATED between the United States of America through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorney, and counsel for petitioners Richard A. Gray, Jr., Gray Investment Partners, Cumberland Hill Capital Fund, LP, David W. Klaudt, that:

1. The status conference currently set for March 13, 2011, at 9:15 a.m., with the Court's approval, be continued to April 3, 2012 at 9:15 a.m. to allow the parties additional time to achieve a set of stipulated facts on traceability issues and to

determine whether a Rule 32.2 evidentiary hearing is necessary to litigate Gray's petition.

Respectfully Submitted,

Dated: 3/9/12                                           BENJAMIN B. WAGNER
                                                        United States Attorney

                                            By:    /s/ Kevin C. Khasigian
                                                   KEVIN C. KHASIGIAN
                                                   Assistant U.S. Attorney

Dated: 9 March 2012                         By:    /s/ David W. Klaudt
                                                   DAVID W. KLAUDT
                                                   Attorney for Petitioners

                                                   (Signature retained by attorney)

**ORDER**

IT IS SO ORDERED.

Dated: March 9, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT