BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:08-CR-00114-LKK |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE REGARDING PETITION FOR ADJUDICATION OF THE VALIDITY OF INTEREST IN PROPERTY BY RICHARD A. GRAY, JR., GRAY INVESTMENT PARTNERS, AND CUMBERLAND HILL CAPITAL, LP. |
| v. | |
| STEFAN A. WILSON, | |
| Defendant. | |
| | Old Date: April 3, 2012, at 9:15 a.m. |
| | New Date: May 1, 2012 at 9:15 a.m. |

IT IS HEREBY STIPULATED between the United States of America through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorney, and counsel for petitioners Richard A. Gray, Jr., Gray Investment Partners, Cumberland Hill Capital Fund, LP, David W. Klaudt, that:

1. The status conference currently set for April 3, 2012, at 9:15 a.m., with the Court's approval, be continued to May 1, 2012 at 9:15 a.m. to allow the parties additional time to achieve a set of stipulated facts on traceability issues and to

determine whether a Rule 32.2 evidentiary hearing is necessary to litigate Gray's petition.

Respectfully Submitted,

Dated: 3/29/12

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 3-29-2012

By: /s/ David W. Klaudt
DAVID W. KLAUDT
Attorney for Petitioners

(Signature retained by attorney)

**ORDER**

IT IS SO ORDERED.

Dated: March 30, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT