1  BENJAMIN B. WAGNER
   United States Attorney
2  R. STEVEN LAPHAM
   KEVIN C. KHASIGIAN
3  Assistant U.S. Attorney
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916)554-2700
5
   Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:08-CR-00114-LKK |
|---|---|
| Plaintiff, | *AMENDED* STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE REGARDING PETITION FOR ADJUDICATION OF THE VALIDITY OF INTEREST IN PROPERTY BY RICHARD A. GRAY, JR., GRAY INVESTMENT PARTNERS, AND CUMBERLAND HILL CAPITAL, LP. |
| v. | |
| STEFAN A. WILSON, | |
| Defendant. | |
|  | Old Date: July 17, 2012, at 9:15 a.m. |
|  | New Date: September 11, 2012 at 9:15 a.m. |

IT IS HEREBY STIPULATED between the United States of America through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorney, and counsel for petitioners Richard A. Gray, Jr., Gray Investment Partners, Cumberland Hill Capital Fund, LP, David W. Klaudt, that:

1. The status conference currently set for July 17, 2012, at 9:15 a.m., with the Court's approval, be continued to September 11, 2012 at 9:15 a.m. to allow those parties notified by the United States in late May and/or early June 2012 to file a

1 *Amended* Stipulation and Order
to Continue Status Conference

petition under 21 U.S.C. § 853(n)(2).

2. In late May and early June 2012, the United States effected notice to certain victim/investors who could potentially trace their investments to the seized funds.

3. Since that time, at least one of Wilson's victim/investors has expressed an interest to retain counsel and investigate the merits of pursuing a petition under 21 U.S.C. § 853(n).

Respectfully Submitted,

Dated: 7/13/12   BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: July 13, 2012   /s/ David W. Klaudt
DAVID W. KLAUDT
Attorney for Petitioners

(Signature retained by attorney)

**ORDER**

IT IS SO ORDERED.

Dated: July 13, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT