UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

STEFAN A. WILSON,

        Defendant.

                                      /

NO. CR. S-08-114 LKK

O R D E R

Pending before the court is a motion for a stay brought by Petitioners Richard A. Gray, Jr., Gray Investment Partners, and Cumberland Hill Capital Fund, L.P., pending their appeal of this court's January 28, 2013 order. See Pet'rs' Mot., ECF No. 181; Order, ECF No. 174. The Government opposes Petitioners' motion. Gov't Opp'n, ECF No. 184.

Having considered the Petitioners' motion and the Government's opposition, the court makes the following orders:

    [1] This action is STAYED pending the conclusion of Petitioners' appeal of this court's January 28, 2013

1

order.

[2] The parties SHALL notify the court within seven (7) days of the resolution of Petitioners' appeal.

IT IS SO ORDERED.

DATED: March 26, 2013.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT